```
___ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
                  COUNSEL/PARTIES OF RECORD

         SEP 2 6 2023

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-080-GMN-DJA |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| CARLOS ARTURO RAMIREZ,<br>    aka "Carlos Hernandez,"<br>    aka "Carlos Ramirez-Hernandez," | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C.§ 2461(c); 21 U.S.C. § 853(a)(1) and 853(p); and 21 U.S.C. § 881(a)(6) with 28 U.S.C.§ 2461(c) based upon the plea of guilty by Carlos Arturo Ramirez, aka "Carlos Hernandez," aka "Carlos Ramirez-Hernandez," to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Carlos Arturo Ramirez, aka "Carlos Hernandez," aka "Carlos Ramirez-Hernandez," pled guilty. Criminal Information, ECF No. 33; Plea Agreement, ECF No. 35; Preliminary Order of Forfeiture, ECF No. 36; Arraignment & Plea, ECF No. 37.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from June 29, 2023, through July 28, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 38-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C.§ 2461(c); 21 U.S.C. § 853(a)(1) and 853(p); 21 U.S.C. § 881(a)(6) with 28 U.S.C.§ 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. $18,135.00 in United States Currency (property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _Sept 26_, 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE